PHILLIP A. TALBERT
United States Attorney
CHI SOO KIM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-po-00067-JDP |
| Plaintiff, | [~~Proposed~~] ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| v. | |
| CLIFFORD B. HAYES, | DATE: April 11, 2023<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Jeremy D. Peterson |
| Defendant. | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice the violation notice in Case Number 2:23-po-00067-JDP is GRANTED.

It is further ordered that the initial appearance scheduled on April 11, 2023, at 9:00 a.m. is vacated.

IT IS SO ORDERED.

Dated: April 10, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE